IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THEOTIS GOODWIN HILDEBRAND**
**ADC #102685**                                                                                       **PLAINTIFF**

v.                      **Case No. 1:19-cv-00015 KGB-JTR**

**G. HOLLAD, Mail Room Clerk,**
**Grimes Unit, ADC; WENDY KELLY,**
**Director, Arkansas Department of Correction;**
**and EARL, Warden, Grimes Unit, ADC**         **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 12). Plaintiff Theotis Goodwin Hildebrand filed an objection (Dkt. No. 14). After careful consideration of the Recommended Disposition, Mr. Hildebrand's objection, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings (Dkt. No. 18). Mr. Hildebrand's objection fails to raise any claims that were not already stated in his complaint or amended complaint (Dkt. Nos. 2, 5). Judge Ray's Recommended Disposition addresses those claims, and this Court adopts that analysis. Accordingly, the Court dismisses without prejudice Mr. Hildebrand's complaint and amended complaint (*Id.*). This dismissal counts as a "strike," pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 11th day of February, 2020.

                                                                   Kristine G. Baker
                                                                   United States District Judge