IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEOTIS GOODWIN HILDEBRAND
ADC #102685                                                                                    PLAINTIFF

v.                          Case No. 1:19-cv-00015 KGB-JTR

G. HOLLAD, Mail Room Clerk,
Grimes Unit, ADC; WENDY KELLY,
Director, Arkansas Department of Correction;
and EARL, Warden, Grimes Unit, ADC                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Theotis Goodwin Hildebrand's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 5). The Court denies the relief requested.

It is so adjudged this 11th day of February, 2020.

_____
Kristine G. Baker
United States District Judge